IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS TAYLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Defendant. | 8:20CV314<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation of Dismissal (Filing No. 413). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and without costs or disbursements to any of the parties.

Dated this 28th day of July, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge